UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT KAIRALLA, Individually and on Behalf of All Others Similarly Situated, : : : : Plaintiff, : : vs. : : LIMELIGHT NETWORKS, INC., et al., : : Defendants. : : | Civil Action No. 07-07417<br><br>CLASS ACTION<br><br>NOTICE OF FIRM NAME CHANGE |

TO:   THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED:  October 3, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on October 3, 2007, I caused a true and correct copy of the attached:

Notice of Firm Name Change

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

      */s/ Samuel H. Rudman*
      Samuel H. Rudman