**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,<br><br>　　　　Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CV-7205 (PAC)**<br><br>**CERTIFICATE OF SERVICE** |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co. Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,<br><br>　　　　Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7404 (PAC)** |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Fredric W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7417 (PAC)** |

| | |
|---|---|
| Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc., )<br><br>          Defendants. ) | |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated, )<br><br>          Plaintiff, )<br><br>    vs. )<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., and Morgan Stanley & Co. Incorporated, )<br><br>          Defendants. ) | **ECF CASE**<br><br>**Civ. No. 07-CIV-7394 (PAC)** |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated, )<br><br>          Plaintiff, )<br><br>    vs. )<br><br>Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W Lunsford; Nathan F. Raciborski; and Allan M. Kaplan, )<br><br>          Defendants. ) | **ECF CASE**<br><br>**Civ. No. 07-CIV-7432 (PAC)** |
| Alice Artis, Individually and On Behalf of All Others Similarly Situated, )<br><br>          Plaintiff, )<br><br>    vs. )<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan Raciborski, Michael W. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederc W. Harman, Mark A. Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc., )<br><br>          Defendants. ) | **ECF CASE**<br><br>**Civ. No. 07-CIV-7475 (PAC)** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing

1. **NOTICE OF MOTION BY LIMELIGHT DEFENDANTS TO TRANSFER VENUE TO THE DISTRICT OF ARIZONA;**

2. **LIMELIGHT DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO TRANSFER VENUE TO THE DISTRICT OF ARIZONA;**

3. **DECLARATION OF MATTHEW HALE IN SUPPORT OF LIMELIGHT DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF ARIZONA; and**

4. **[PROPOSED] ORDER GRANTING LIMELIGHT DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF ARIZONA**

was served this 10th day of October, 2007, via email and Federal Express, on the following non-CM/ECF participants:

Alan S. Goudiss, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Darren J. Robbins, Esq.
David C. Walton, Esq.
Catherine J. Kowalewski, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101

Brian M. Felgoise, Esq.
Law Offices of Brian M. Felgoise, P.C.
The Pavilion
261 Old York Road, Suite 423
Jenkintown, PA 19046

Richard A. Maniskas, Esq.
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

Kurt B. Olsen, Esq.
Klafter & Olsen LLP
1250 Connecticut Ave., N.W. Suite 200
Washington, DC  20036

                                                  /s/  Gideon A. Schor
                                                    Gideon A. Schor (GS-5932)